**UNITED STATES of America,
Plaintiff–Appellee,**

**v.**

**Aurelio RODRIGUEZ–OLGUIN,
Defendant–Appellant.**

No. 05–2775.

United States Court of Appeals,
Seventh Circuit.

Submitted April 14, 2006.

Decided April 19, 2006.

Scott Drury, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Imani Chiphe, Office of the Federal Defender Program, Chicago, IL, for Defendant–Appellant.

Before Hon. RICHARD A. POSNER, Hon. FRANK H. EASTERBROOK, and Hon. DIANE P. WOOD, Circuit Judges.

Order

The principal issue presented by this appeal has been resolved recently by *United States v. Martinez–Martinez*, 442 F.3d 539 (7th Cir.2006), and *United States v. Galicia–Cardenas*, 443 F.3d 553 (7th Cir. 2006). Although Rodriguez–Olguin contends that the district judge did not discuss adequately the question whether fast-track programs in other districts produce unacceptable disparity in sentencing, and therefore failed to consider the factors specified by 18 U.S.C. § 3553(a), there is no need to give either weight or extended treatment to a consideration that, we held in *Martinez–Martinez* and *Galicia–Cardenas*, does not justify a reduced sentence. The district court adequately considered those factors that matter to the sentence. See *United States v. Mykytiuk*, 415 F.3d 606 (7th Cir.2005); *United States v. Dean*, 414 F.3d 725 (7th Cir.2005). The judgment therefore is affirmed.

April M. Perry, Office of the United States Attorney, Chicago, IL, for Plaintiff–Appellee.

Brian M. Collins, Collins & Bastounes, Chicago, IL, for Defendant–Appellant.

Before Hon. RICHARD A. POSNER, Hon. FRANK H. EASTERBROOK, and Hon. DIANE P. WOOD, Circuit Judges.